| 1. Person Reporting (last name, first, middle initial)<br><br>JOLLY, E. GRADY | 2. Court or Organization<br><br>COURT OF APPEALS FIFTH | 3. Date of Report<br><br>04/26/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>JUDGE ACTIVE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,     Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2008<br>to<br>12/31/2008 |
| 7. Chambers or Office Address<br><br>245 E. CAPITOL, RM 202<br>JACKSON, MS 39201 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

> **IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. OWNER | MADDEN GROUP (closed in 2008) |
| 2. ADVISORY COUNCIL | FEDERAL JUDGES ASSOCIATION |
| 3. | |
| 4. | |
| 5. | |

DISCLOSURE FINANCIAL OFFICE
2009 MAY 18 A 11: 40
RECEIVED

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

Jolly_Grady_E

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 04/26/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2008 | Design III Partnership owner and worked doing foral arrangements. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. UCLA | 03/18-03/20/2008 | LOS ANGELES, CA | MOOT COURT COMPETITION | TRAVEL, LODGING & MEALS |
| 2. FOUNDATION FOR RESEARCH OF ECONOMICS AND ENVIROMENT | 07/20-07/24/2008 | GATEWAY, MT | SEMINAR(SEE SEC VIII) | TRAVEL, LODGING & MEALS |
| 3. GEORGE MASON UNIVERSITY SCH OF LAW | 10/23-10/26/2008 | LA JOLLA, CA | SEMINAR(SEE SEC VIII) | TRAVEL, LODGING & MEALS |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 04/26/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 04/26/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Bancorpsouth Money Market Acc't IRA ● | A | Interest | J | T | | | | | |
| 2. Analysts International Com Stk. | | None | J | T | | | | | |
| 3. Snopes Corp. Common Stock | A | Interest | J | U | | | | | |
| 4. Gold Bullion 23 oz. | | None | K | T | | | | | |
| 5. Silver Bullion 850 oz. | | None | J | T | | | | | |
| 6. Fred's Inc. Common Stock | A | Dividend | J | T | | | | | |
| 7. Madden Group, Jackson, MS | | None | | | Closed | 10/08 | K | | |
| 8. Trustmark Bank Acc't ● | A | Interest | J | T | | | | | |
| 9. Trustmark Bank Acc't ● | A | Interest | K | T | | | | | |
| 10. Trustmark Bank Acc't | | None | J | T | | | | | |
| 11. Trustmark Bank Acc't | A | Interest | M | T | | | | | |
| 12. Trustmark Bank Acc't ● | A | Interest | K | T | | | | | |
| 13. Invest Co Am Cl F - IRA | A | Dividend | | | Sold | 10/06 | J | | |
| 14. Growth Fd of Am Cl F - IRA | A | Dividend | | | Sold | 10/06 | J | A | |
| 15. Columbia Acorn Fd Cl A - IRA | A | Dividend | | | Sold | 10/06 | J | | |
| 16. Delaware Diversified Inc Fd Cl A - IRA | A | Dividend | | | Sold | 10/06 | J | | |
| 17. First Eagle Global Fd Cl A - IRA | | None | | | Sold | 10/06 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 04/26/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Lord Abbett Mid Cap Val Fd Cl A - IRA | A | Dividend | | | Sold | 9/26 | J | | |
| 19. Pimco Real Return Fd Cl A - IRA | A | Dividend | | | Sold | 10/06 | J | | |
| 20. Pioneer High Yield Fd Cl A - IRA | A | Dividend | | | Sold | 10/06 | J | | |
| 21. UBS Global Allocation Fd Cl A - IRA | | None | | | Sold | 10/06 | K | | |
| 22. Growth Fd of Am Cl F | | None | | | Sold (part) | 9/26 | J | B | |
| 23. | | | | | Sold | 10/09 | J | | |
| 24. Calamos Gr Fd Cl A | | None | | | Sold (part) | 9/26 | J | A | |
| 25. | | | | | Sold | 10/09 | J | | |
| 26. Columbia Acorn Fd Cl A | A | Dividend | | | Sold (part) | 9/26 | J | A | |
| 27. | | | | | Sold | 10/09 | J | | |
| 28. First Eagle Global Fd Cl A | | None | | | Sold (part) | 9/26 | J | A | |
| 29. | | | | | Sold | 10/09 | J | | |
| 30. Pimco High Yield Fd Cl A | A | Dividend | | | PARTIAL SALE | 1/25 | J | A | |
| 31. | | | | | PARTIAL SALE | 4/24 | J | A | |
| 32. | | | | | PARTIAL SALE | 7/25 | J | | |
| 33. | | | | | PARTIAL SALE | 9/26 | J | | |
| 34. | | | | | Sold | 10/09 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 04/26/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. Pioneer High Yield Fd Cl A | A | Dividend | | | Sold (part) | 9/26 | J | | |
| 36. | | | | | Sold | 10/09 | J | | |
| 37. UBS Global Allocation Fd Cl A | | None | | | Sold (part) | 9/26 | J | A | |
| 38. | | | | | Sold | 10/09 | K | | |
| 39. Delaware Diversified Income Fund Class A | A | Dividend | | | PARTIAL SALE | 1/25 | J | | |
| 40. | | | | | PARTIAL SALE | 4/24 | J | | |
| 41. | | | | | PARTIAL SALE | 7/25 | J | | |
| 42. | | | | | Sold | 9/26 | J | | |
| 43. UBS Dynamic Alpha Fund Class A | | None | | | Sold | 9/26 | J | | |
| 44. UBS Global Allocation Fund Class A | | None | | | Sold | 9/26 | J | | |
| 45. Van Kampen Comstock Fund Class A | A | Dividend | | | Sold | 9/26 | J | | |
| 46. Kelly Small Cap Fd Cl A | | None | | | Buy | 9/29 | J | | |
| 47. | | | | | Sold | 10/06 | J | | |
| 48. UBS Money Fund - IRA | A | Interest | K | T | Open | 9/29 | K | | |
| 49. UBS Bank USA Dep Acct - IRA | A | Interest | L | T | Open | 9/29 | L | | |
| 50. UBS Bank USA Dep Acct | A | Interest | L | T | Open | 9/29 | L | | |
| 51. US Treasury Bill | A | Interest | | | Buy | 8/28 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 04/26/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold | 10/06 | J | A | |
| 53. | | | | | | | | | |
| 54. | | | | | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50.000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Colurms C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 04/26/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

SECTION IV ITEM 2: PURPOSE-SEMINAR - CLIMATE CHANGE, ECONOMICS & THE COURTS

SECTION IV ITEM 3: PURPOSE- SEMINAR - THE FEDERALIST PAPERS

| Name of Person Reporting | Date of Report |
|---|---|
| JOLLY, E. GRADY | 04/26/2009 |

| Name of Person Reporting | Date of Report |
| --- | --- |
| JOLLY, E. GRADY | 04/26/2009 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544